H. H. POUNDS AND ANNIE C. POUNDS, his Wife; KRAMES-CORLETT COMPANY, a Florida Corporation; CLUASEN INVESTMENT COMPANY, a Florida Corporation; MABELLE E. HOWLAND, a Widow; R. L. WILKINS and his wife, MARGARET WILKINS; SEMINOLE BOND & MORTGAGE COMPANY, a Florida Corporation, and J. E. JUNKIN, as Trustee, *Appellants,* v. RALPH J. COMLOSSY, JESSIE F. COMLOSSY, a Widow; HAROLD COMLOSSY, GEORGE COMLOSSY, ARTHUR COMLOSSY, MRS. L. M. EATON and L. M. EATON, her husband; MRS. PRUDEN KELLEY, and her husband, PRUDEN KELLEY, *Appellees.*

Special Division A.

Decision filed March 8, 1930.

*Walsh, Beckham, Farley & Ellis,* for Appellant;

*Semple & Hirschman,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-

mitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

TERRELL, C. J., AND WHITFIELD AND BUFORD, J. J., concur.